| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kornmann, Charles B. | 2. Court or Organization<br><br>District of South Dakota | 3. Date of Report<br><br>02/10/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>12 2nd Ave. SW, Suite 200<br>Aberdeen, SD 57401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. General partner | Ivey and Kornmann, a partnership |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1-1-97 | Articles of Partnership, Ivey & Kornmann |
| 2. | |
| 3. | |

RECEIVED 2014 FEB 27 A 10: 21 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 02/10/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 02/10/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Michael and Barbara Evans | 14 day trip for Baltic Cruise, airline and ship transportation and side trips. | $35,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 02/10/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common stock, Red Ribbon, Inc. | | None | J | W | | | | | |
| 2. Common stock, Aberdeen Tennis, Inc. | | None | | | Donated | | | | |
| 3. farm land, Hamlin County, SD | E | Rent | P1 | W | | | | | |
| 4. 43.84% interest, partner, Ivey & Kornmann | E | Distribution | N | W | | | | | |
| 5. 43.84% interest, partner, Ivey & Kornmann | E | Distribution | N | W | | | | | |
| 6. SD Retirement System, monthly benefits | D | Distribution | L | W | | | | | |
| 7. Brandywine Fund shares | | None | L | T | | | | | |
| 8. Oakmark Select Shares | D | Dividend | M | T | | | | | |
| 9. Masters Select Equity Fund Shares | | None | L | T | | | | | |
| 10. Vanguard 500 Index Fund (Ivey & Kornmann | C | Dividend | M | T | | | | | |
| 11. Vanguard GNMA Fund (Ivey & Kornmann) | A | Dividend | | | Merged (with line 12) | 5-3 | K | | |
| 12. Vanguard REIT Fund (Ivey & Kornmann) | D | Dividend | M | T | | | | | |
| 13. Russell Invt. Co. Global Infrastructure FD Funds ▮ . trust) | E | Dividend | N | T | | | | | |
| 14. Mexican condo (Ivey & Kornmann) | | None | M | W | | | | | |
| 15. Eaton Vance Tax Global Buy Write Fund (Ivey & Kornmann) | B | Dividend | K | T | | | | | |
| 16. Cohen & Steers Div. Majors Fund, Inc. (Ivey and Kornmann) | B | Dividend | K | T | | | | | |
| 17. Ft. Spec Fin & Finl Oppty, Ivey & Kornmann | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 02/10/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Anderson Retirement LLC ( Ivey & Kornmann) | D | Distribution | L | T | | | | | |
| 19. Healthcare Plus Federal Credit Union | A | Interest | J | T | | | | | |
| 20. Healthcare Plus Federal Credit Union, Ivey & Kornmann | A | Interest | J | T | | | | | |
| 21. Twin Homes, Aberdeen, SD | E | Rent | N | W | | | | | |
| 22. Wells Fargo Advantage Global (Ivey & Kornmann) | B | Dividend | K | T | | | | | |
| 23. Wells Fargo Managed Account (IRA) | D | Distribution | N | U | Redeemed (part) | 12-11 | J | A | |
| 24. Wells Fargo Managed Account (IRA)■ | C | Distribution | L | U | Redeemed (part) | 12-11 | J | A | |
| 25. Europacific Growth FD | A | Dividend | K | T | | | | | |
| 26. Europacific Growth FD■ | A | Dividend | J | T | | | | | |
| 27. RS Invt. TR | | None | | | Sold | 5-3 | J | A | |
| 28. RS Invt Tr■ | | None | | | Sold | 5-3 | J | A | |
| 29. Artisan Partners FDS | | None | J | T | Buy | 3-27 | J | | |
| 30. Artisan Partners FDS■ | | None | J | T | Buy | 3-27 | J | | |
| 31. Gabelli Equity Ser FD | | None | K | T | | | | | |
| 32. Gabellli Equity Ser FD■ | | None | J | T | | | | | |
| 33. Goldman Sachs Tr. Finl | | None | J | T | | | | | |
| 34. Goldman Sachs Tr. Finl■ | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 02/10/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Growth Fund Amer. | A | Dividend | K | T | | | | | |
| 36. Growth Fund Amer. | A | Dividend | J | T | | | | | |
| 37. Harbor Fund Cap | A | Dividend | K | T | | | | | |
| 38. Harbor Fund Cap | A | Dividend | J | T | | | | | |
| 39. Hartford Mut FDS Inc. | | None | K | T | | | | | |
| 40. Hartford Mut. FDS Inc | | None | J | T | | | | | |
| 41. Investment Co. Amer. | A | Dividend | K | T | | | | | |
| 42. Investment Co. Amer | A | Dividend | J | T | | | | | |
| 43. American FDS Inc.New | A | Dividend | K | T | | | | | |
| 44. American FDS Inc. New | A | Dividend | J | T | | | | | |
| 45. Pimco FDS Pac Invt | A | Dividend | J | T | | | | | |
| 46. Oppenheimer Dev. Mkts. | A | Dividend | K | T | Buy | 2-21 | K | | |
| 47. Oppenheimer Dev. Mklts. | A | Dividend | J | T | Buy | 2-22 | J | | |
| 48. Pimco FDS Pac Invt | A | Dividend | J | T | | | | | |
| 49. T Rowe Price Real Est. Fund Inc. | A | Dividend | J | T | | | | | |
| 50. T. Rowe Price Real Est. Fund Inc. | A | Dividend | J | T | | | | | |
| 51. T Rowe Price MD-CP Val. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 02/10/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. T Rowe Price MD-CP Val. ▪ | A | Dividend | J | T | | | | | |
| 53. Small Cap World Fund Inc. Class F-1 | | None | K | T | | | | | |
| 54. Small Cap World Fund Inc. Class F-1 ▪ | | None | J | T | | | | | |
| 55. Wash; Mut. Investors Fund Class F-1 | A | Dividend | K | T | | | | | |
| 56. Invesco Comstock Fund | A | Dividend | K | T | | | | | |
| 57. Invesco Comstock Fund ▪ | A | Dividend | J | T | | | | | |
| 58. Dodge & Cox FDS | A | Dividend | J | T | | | | | |
| 59. Dodge & Cox FDS ▪ | A | Dividend | J | T | | | | | |
| 60. JP Morgan Large Cap | | None | J | T | | | | | |
| 61. JP Morgan Large Cap ▪ | | None | J | T | | | | | |
| 62. RBB FD Inc. Small Cap | | None | | | Sold | 2-21 | J | A | |
| 63. RBB FD Inc. Small Cap ▪ | | None | | | Sold | 2-21 | J | A | |
| 64. Wash. Mutual Investors Fund Class F-1 ▪ | A | Dividend | J | T | | | | | |
| 65. Russell Invt Co. Commodity Strategies | | None | K | T | | | | | |
| 66. Russell Invt.Co. Global CR Strategies FD | B | Dividend | K | T | | | | | |
| 67. Russell Emerging Mkts. Cl S | A | Dividend | K | T | | | | | |
| 68. Russell Invt.Co. Global Real Est. Secs | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 02/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Russell Glbl. Eqty | A | Dividend | L | T | | | | | |
| 70. Russell Intl. Devel PD Mkts FD Class S | B | Dividend | M | T | | | | | |
| 71. Russell Invt Co. Multi-Strategy | A | Dividend | K | T | | | | | |
| 72. Russell US Small Cap | A | Dividend | K | T | | | | | |
| 73. Russell U.S. Strat. Equit. | B | Dividend | K | T | Buy | 7-17 | K | | |
| 74. Jefferson City Retirement, LLC (Ivey & Kornmann) | | None | K | T | Buy | 7-17 | K | | |
| 75. Cheyenne Retirement, LLC | | None | K | T | Buy | 12-15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

## Page 9 of 10

**Name of Person Reporting**

Kornmann, Charles B.

**Date of Report**

02/10/2014

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

V. GIFTS

Line 1, Michael and Barbara Evans, long time friends from Aberdeen, SD, invited friends from Aberdeen, S.D. to accompany them on a Baltic cruise (14 people in all) to celebrate Barb's 50th birhday. The Evans paid all expenses for all guests for airfare, cruiseline expenses, hotels and side trips.

VII. INVESTMENTS AND TRUSTS (Contd.)

Line 1, Red Ribbon, Inc. owns an unimproved parcel of land in Indiana. It is a Subchapter S corporation and the income and losses are passed through to the stockholders. There have been no distributions and the land continues to produce no income.

Line 2, this corporation operated an indoor tennis facility. We lost our lease and had to vacate. All personal property was left on site. A small distribution was made to each stockholder and the distribution was given free to the new management. The corporation is inactive and has no value.

Line 3, this land is leased on a cash rent basis.

Lines 4 and 5, this partnership owns 2 apartment houses, one in Brown County, S.D., and one in Spink County, S.D.. Liquid investments of the partnership and income therefrom are reported in Part VII. All interests in the partnership are owned by ▮▮▮▮▮▮▮▮ members.

Line 7, this mutual fund is owned by a revocable trust, the trustees being the reporting party and ▮▮▮▮ This is true also of all other mutual funds.

Line 13, this mutual fund is owned by a revocable trust, the trustees being the reporting party and ▮▮▮ This is true also of the assets reported on Lines 65 through 73, inclusive. I had previously reported (prior to filing an amended report for 2010) all of these mutual funds simply as held by Wells Fargo on our behalf without listing the individual funds. The individual funds are now listed. I had previously overvalued the asset on Line 13 as including all the Russell funds. It is rather confusing since all these funds have somewhat similar names. Correct values are being reported. I do not list the custodian (Wells Fargo Investments) but rather list each mutual fund individually as held by the custodian.

Line 14, this is a condominium in Playa del Carmen, Mexico, which is owned by Ivey and Kornmann partnership as a leasehold interest since U.S. citizens cannot "own" real estate in Mexico.

Line 18, this is a limited partnership interest, a rather small interest as a limited partner; the partnership is operating an assisted care living facility in Anderson, Indiana. The partneship interest is held by Ivey and Kornmann partnership.

Line 19, this is money invested in Healthcare Plus Federal Credit Union of Aberdeen, S.D. by the reporting party and ▮▮▮▮ .

Line 20, this is money invested in Healthcare Plus Federal Credit Union of Aberdeen, S.D. by Ivey and Kornmann partnership.

Line 21, this asset was constructed from scratch by reporting party in 2009 and 2010 and is a real estate investment in Aberdeen, S.D.

Line 23, because of age of reporting party, a partial IRA withdrawal was required by federal law. The distribution came from First Clearing, LLC, acting on behalf of Wells Fargo

Line 24, because of age of ▮▮▮▮ , one partial IRA withdrawal was required by federal law. The distribution came from First Clearing, LLC., acting on behalf of Wells Fargo.

Lines 25 through 64, inclusive are IRA investments of reporting party and ▮▮▮▮ , all managed by Wells Fargo. Wells Fargo has been dirrected to purchase nothing but mutual funds to avoid any possible conflicts of interest. They have at all times followed that directive. In previous reports (before an amended report was filed for 2010) , I simply reported the managed account by Wells Fargo without listing the individual mutual funds, all of which are now listed. IRA assets owned by the reporting party are shown without the "S", the "S" designations showing those IRA assets owned by the ▮▮▮▮ . The required annual withdrawals from the IRA's are reflected in Lines 23 and 24 above.

Line 74, this is a limited partnership interest in a partnership that owns and will later operate an assisted care living center in Jefferson City, MO. The owner of the limited partnership interest is Ivey and Kornmann partnership.

Line 75, this is a limited partnership interest in a partnership that owns and will later operate an assisted care living center in Cheyenne WY.

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 02/10/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544